**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Homer Maynard v. Endo Pharmaceuticals Inc.*, Case No. 1:15-cv-05159 | MDL No. 2545<br>Master Docket Case No. 14-cv-01748<br>Honorable Matthew F. Kennelly |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that defendant Endo Pharmaceuticals Inc. is voluntarily dismissed with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs and attorneys' fees. This stipulation dismisses the entire action.

Dated: August 28, 2017                                                                 Respectfully Submitted,

/s/ Andrew K. Solow
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10022
Phone: (212) 836-7740
Email: Andrew.Solow@apks.com
*Attorney for Endo Pharmaceuticals Inc.*

/s/ Brian John Perkins (with permission)
Brian John Perkins
Meyers & Flowers, LLC
3 North Second St. Suite 300
St. Charles, IL 60174
Phone: (630) 232-6333
Email: bjp@meyers-flowers.com
*Attorney for Plaintiff*

/s/ Margaret Moses Branch (with permission)
Margaret Moses Branch
Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
Phone: (505) 243-3500
Email: psanchez@branchlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andrew K. Solow, hereby certify that on August 28, 2017, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy will also be served via email to Brian Perkins at bjp@meyers-flowers.com and to Margaret Moses Branch at psanchez@branchlawfirm.com.

Dated: August 28, 2017                                              /s/ Andrew K. Solow__

                                                                                    Andrew K. Solow